UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL U. ACEDO,<br><br>         Plaintiff,<br><br>v.<br><br>ERNEST PINEDO, police officer, et al.,<br><br>         Defendants. | Case No. 14cv903-JAH (MDD)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO REVIEW THE CLERK'S ORDER TAXING COSTS (Doc. No. 233)** |

## **INTRODUCTION**

Pending before the Court is Plaintiff Daniel U. Acedo's ("Plaintiff" or "Petitioner") motion to review the clerk's order taxing costs ("Motion"). See Doc. No. 233. After careful consideration, the Court **DENIES** Plaintiff's motion to review the clerk's order taxing costs.

## **BACKGROUND[1]**

On March 22, 2017, this Court issued an Order (1) overruling Petitioner's objections; (2) adopting the Magistrate Judge's report; GRANTING Defendants/Respondents' motion for summary judgment; and denying Petitioner's related evidentiary motions. See Doc.

---

[1] The Court addressed the case's prior factual and procedural history in its Order granting Defendants' motion for summary judgment. See Doc. No. 214.

1

| | |
|---|---|
| 1 | No. 214. On April 3, 2017, Defendants submitted a bill of costs in the amount of $1,199.98. |
| 2 | <u>See</u> Doc. No. 217. The Court held a hearing on this matter on April 19, 2017. Plaintiff |
| 3 | filed an objection to the bill of costs on April 17, 2017. <u>See</u> Doc. No. 226. On April 20, |
| 4 | 2017, costs in the amount of $1,199.98 were taxed against Plaintiff. <u>See</u> Doc. No. 227. |
| 5 | Plaintiff filed the pending motion to review the clerk's order taxing costs on May 10, 2017. |
| 6 | <u>See</u> Doc. No. 233. |

**DISCUSSION**

Rule 54 of the Federal Rules of Civil Procedure provides in pertinent part:

Unless a federal statute, these rules, or a court order provides otherwise, costs – other than attorney's fees – should be allowed to the prevailing party….The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action

Fed. R. Civ. P. 54(d)(1).

The Ninth Circuit has determined the following reasons are appropriate for denying costs: "(1) the substantial public importance of the case, (2) the closeness and difficulty of the issues in the case, (3) the chilling effect on future similar actions, (4) the plaintiff's limited financial resources, and (5) the economic disparity between the parties." <u>Escriba v. Foster Poultry Farms, Inc.</u>, 743 F.3d 1236, 1247-48 (9th Cir. 2014).

Here in his Motion, Plaintiff does not address the aforementioned reasons. <u>See</u> Doc. No. 233. Instead, Plaintiff argues that Defendants did not provide sufficient documentation in support of the bill of costs. Doc. No. 233. Plaintiff further argues that allowing the bill of costs to remain would be prejudicial. <u>Id.</u> The Court finds that Plaintiff has inadequately addressed reasons that the Ninth Circuit has deemed appropriate for denying costs. <u>See</u> <u>Escriba</u>, 743 F.3d at 1247-48.

//
//
//
//
//

## CONCLUSION

Based on the foregoing reasons, Plaintiff's motion to review the clerk's order taxing costs (Doc. No. 233) is **DENIED**.

**IT IS SO ORDERED**.

DATED: April 1, 2019

_____
JOHN A. HOUSTON
United States District Judge